

# Fourth Court of Appeals
## San Antonio, Texas

May 10, 2022

No. 04-21-00178-CV

**TEXAS DEPARTMENT OF PUBLIC SAFETY,**
Appellant

v.

Joseph B. **SALINAS,**
Appellee

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-CI-19512
Honorable Mary Lou Alvarez, Judge Presiding

## O R D E R

Sitting:  Luz Elena D. Chapa, Justice
        Beth Watkins, Justice
        Lori I. Valenzuela, Justice

Appellee's motion for rehearing is DENIED.  *See* TEX. R. APP. P. 49.3.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of May, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court